**Javier Guerrero SUASTEGUI; Anita Salmeron Sosa; Joeny Guerrero, Petitioners,**

**v.**

**Alberto R. GONZALES, Attorney General, Respondent.**

No. 06–73572.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2007.*

Filed April 20, 2007.

Samuel W. Ashbury, Ashbury Law Offices, Gresham, OR, for Petitioners.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, District Counsel, Office of the District Counsel, Department of Homeland Security, Portland, OR, Linda S. Wendtland, Esq., Claire L. Workman, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: O'SCANNLAIN, CLIFTON and BEA, Circuit Judges.

MEMORANDUM **

Javier Guerrero Suastegui, Anita Salmeron Sosa, and their daughter, Joeny Guerrero, seek review of an order of the Board of Immigration Appeals upholding an immigration judge's order denying their applications for cancellation of removal. We dismiss the petition for review.

We lack jurisdiction to review the discretionary determination that petitioners failed to show exceptional and extremely unusual hardship to a qualifying relative. *See Romero–Torres v. Ashcroft,* 327 F.3d 887, 892 (9th Cir.2003).

**PETITION FOR REVIEW DISMISSED.**

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.